1  RICHARD DOYLE, City Attorney #88625            ** E-filed June 15, 2010 **
   NORA FRIMANN, Assistant City Attorney #93249
2  MICHAEL R. GROVES, Sr. Deputy City Attorney #85620
   CLIFFORD S. GREENBERG, Sr. Deputy City Attorney #122612
3  SHANNON SMYTH-MENDOZA, Sr. Deputy City Attorney #188509
   Office of the City Attorney
4  200 East Santa Clara Street
   San Jose, California  95113-1905
5  Telephone:  (408) 535-1900
   Facsimile:   (408) 998-3131
6  Email:        CAO.Main@sanjoseca.gov

7  Attorneys for Defendants,
   CITY OF SAN JOSE, CHIEF ROB DAVIS, and SGT. J. MARTIN
8
   DUYEN H. NGUYEN, ESQ. #215909
9  BRIAN M. NGO, ESQ. #262859
   STEVE L. HUYNH, ESQ. #265860
10 Law Offices of Duyen H. Nguyen
   1569 Lexann Avenue, Suite 132
11 San Jose, California  95121
   Telephone: (408) 528-7668
12 Facsimile:   (408) 528-7671
   Email:        duyen@duyenlaw.com
13
   Attorneys for Plaintiff,
14 PHUONG QUANG HO

15

16                      UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18 PHUONG QUANG HO,                         CASE NO.:  CV10-01825 HRL

19                 Plaintiff,               **STIPULATION EXTENDING TIME
                                            TO RESPOND TO COMPLAINT AND
20          vs.                             CHANGING DATE OF THE INITIAL
                                            CASE MANAGEMENT CONFERENCE
21 CITY OF SAN JOSE, et al.,                AND RELATED DATES; [PROPOSED]
                                            ORDER**
22                 Defendants.

23

24          IT IS STIPULATED BETWEEN THE PARTIES THAT:

25          Pursuant to Northern District Local Rule 6-1(b) and 6-2, the parties agree that

26 Defendants, CITY OF SAN JOSE, CHIEF ROB DAVIS, SERGEANT J. MARTIN, OFFICER

27 KENNETH SIEGAL, OFFICER STEVEN PAYNE, JR., OFFICER GABRIEL REYES, and

28 OFFICER JEROME SMITH, shall have until August 19, 2010, to file a responsive pleading.

                                          1

1  The requested extension will effect the current dates for filing the Joint Case Management

2  Conference Statement, July 6, 2010 and the Initial Case Management Conference, July 13,

3  2010.  The parties stipulate to reset the date for the filing of the Joint Case Management

4  Conference Statement to August 24, 2010 and the Initial Case Management Conference to

5  August 31, 2010.  The parties also stipulate and ask that the date of June 22, 2010 for the

6  filing of the ADR Certification and the filing of either the Stipulation to ADR Process or Notice

7  of Need for ADR Phone Conference be extended to August 19, 2010.

8       The reasons for this Stipulation and requested Order are as follows:

9       This case involves Plaintiff Ho's allegations of excessive force and related

10  constitutional and state claims against Defendants arising from an incident on September 3,

11  2009.  The incident was partially videotaped and resulted in much publicity.  A criminal

12  investigation into the incident was conducted and the Santa Clara County District Attorney's

13  Office issued a report on March 3, 2010 regarding the incident.  No criminal prosecutions of

14  the individual officers took place.  The same officers are now Defendants in this civil case.

15       An Internal Affairs investigation by the San Jose Police Department is currently taking

16  place regarding the actions of the involved officers with no known date for conclusion.  In

17  both the criminal investigation and the Internal Affairs investigation Defendant Officers

18  Jerome Smith and Gabriel Reyes are represented by Attorney William Rapoport, Defendant

19  Officer Steven Payne, Jr., is represented by Attorney Craig Brown and Defendant Officer

20  Kenneth Siegel is represented by Attorney Terry Bowman.

21       The complicated issue of who will be representing these four individual officers in this

22  federal civil case has yet to be resolved.  The three aforementioned attorneys who have been

23  representing the four individual Defendant Officers believe the City of San Jose should retain

24  them to represent the officers in this civil case instead of the City Attorney's Office due to the

25  existence of alleged conflicts.  Numerous discussions have already taken place between the

26  City and the three attorneys and further discussions are scheduled and will continue.  This

27  issue must be worked out before the case can continue.  The involved attorneys believe the

28  requested change of dates will provide adequate time for this decision to be reached.

Stipulation Extending Time to Respondent to Complaint & Changing                    CV10-01825 HRL
Date of the Initial CMC & Related Dates; [Proposed] Order                                   666266

1    After explaining this situation to Plaintiff Attorneys Duyen Nguyen and Glenn Miller

2    during a meet and confer session regarding initial disclosures, etc., at the City Attorney's

3    Office on June 9, 2010, Plaintiff Attorneys graciously agreed to the request by the City and

4    the three attorneys representing the four individual officers in the related matters detailed

5    above, that this Stipulation be entered into and filed with the Court seeking the requested

6    change in the dates as follows:

| | Current Date: | Requested Date: |
|---|---|---|
| Response to Complaint: | June 17, 2010 (by Stipulation of 5/13/10) | August 19, 2010 |
| Joint Case Management Conference Statement: | July 6, 2010 | August 24, 2010 |
| Initial Case Management Conference: | July 13, 2010 | August 31, 2010 |
| File ADR Certification and Stipulation to Either ADR Process or Notice of Need for ADR Phone Conference: | June 22, 2010 | August 19, 2010 |

15    These changes will essentially delay the start of the case by approximately two

16   months and will have no other effect except to the dates mentioned above.

18   DATED:  June 15, 2010                         RICHARD DOYLE, City Attorney

20   By: ___/s/ Michael R. Groves_____
         MICHAEL R. GROVES
         Sr. Deputy City Attorney

21   Attorneys for Defendants,
22   CITY OF SAN JOSE, CHIEF ROB DAVIS,
     and SGT. J. MARTIN

24   //
25   //
26   //
27   //
28   //

3

Stipulation Extending Time to Respondent to Complaint & Changing
Date of the Initial CMC & Related Dates; [Proposed] Order                    CV10-01825 HRL
                                                                              666266

1    DATED:  June 15, 2010                          LAW OFFICES OF DUYEN H. NGUYEN

2
                                                     By: ___/s/ Duyen H. Nguyen_____
3                                                         DUYEN H. NGUYEN

4                                                    Attorneys for Plaintiff,
                                                     PHUONG QUANG HO
5

6

7         I affirm that Plaintiff's counsel has consented to the electronic filing of this document

8    on Plaintiff's behalf.

9

10   DATED:  June 15, 2010                          RICHARD DOYLE, City Attorney

11
                                                     By: ___/s/ Michael R. Groves_____
12                                                        MICHAEL R. GROVES
                                                          Sr. Deputy City Attorney
13
                                                     Attorneys for Defendants,
14                                                   CITY OF SAN JOSE, CHIEF ROB DAVIS,
                                                     and SGT. J. MARTIN
15

16                                  **ORDER**

17        GOOD CAUSE APPEARING, it is so ordered that the current dates shall be changed

18   to the requested dates.

19

20   DATED:  June 15, 2010             _____
                                                     HON. HOWARD R. LLOYD
21                                                   Magistrate Judge

22

23

24

25

26

27

28

                                        4

Stipulation Extending Time to Respondent to Complaint & Changing        CV10-01825 HRL
Date of the Initial CMC & Related Dates; [Proposed] Order               666266