| | |
|---|---|
| 1 | Duyen H. Nguyen (SBN 215909) |
|   | duyen@duyenlaw.com |
| 2 | Steve Huynh (SBN 265860) |
|   | shuynh@duyenlaw.com |
| 3 | **Law Offices of Duyen H. Nguyen** |
|   | 1569 Lexann Ave, Suite 132 |
| 4 | San Jose, CA 95121 |
|   | Telephone; (408) 528-7668 |
| 5 | Fax: (408) 528-7671 |

\*\* E-filed July 27, 2011 \*\*

Glenn Miller (SBN 209253)
glenn@glennmillerlaw.com
Glenn Miller Law, Inc.
303 Twin Dolphin Drive, #600-109
Redwood City, CA 94065
Telephone: (650) 587-5290
Fax: (888) 842-7442

Attorneys for Plaintiff
Phuong Ho

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHUONG HO,

    Plaintiff,

vs.

CITY OF SAN JOSE (CALIFORNIA) a municipality, et al.

    Defendants.

No: 5: 10-CV-01825 HRL

AMENDED STIPULATION FOR DISMISSAL OF PHUONG HO and ALL DEFENDANTS; [PROPOSED] ORDER

    IT IS HEREBY STIPULATED by and between Plaintiff Phuong Ho ("Plaintiff") and Defendants City of San Jose, San Jose Police Department, Chief Rob Davis, Jeffrey Martin, Steven Payne, Jr., Gabriel Reyes, Kenneth Siegel, and Jerome Smith, ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants be dismissed with prejudice from this action.

    IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction over the

*Ho v. City of San Jose, et al.*
Stipulation for Dismissal Ho V. City of San Jose et al. [Proposed] Order
P a g e | 1

1  parties to enforce the terms of their settlement agreement under the authority of *Kokkonen v.*
2  *Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).
3
4  Date: July 12, 2011                                   Law Offices of Duyen H. Nguyen, P.C.
5
6                                                        _____
7                                                        Duyen H. Nguyen
                                                         Attorney for Plaintiff Phuong Ho
8
9
10 Date: July 12, 2011                                   CITY OF SAN JOSE
11
                                                         _____
12                                                       Sr. Dep. City Attorney
13 /
14 /
15 /
16 /
17 /
18 /
19 /
20 /
21 /
22 /
23 /
24 /
25 /
26 /
27 /
28 /

*Ho v. City of San Jose, et al.*
Stipulation for Dismissal Ho V. City of San Jose et al.; [Proposed] Order
Page | 2

# ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Phuong Ho and Defendants City of San Jose, San Jose Police Department, Chief Rob Davis, Jeffrey Martin, Steven Payne, Jr., Gabriel Reyes, Kenneth Siegel, and Jerome Smith shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Phuong Ho and Defendants City of San Jose, San Jose Police Department, Chief Rob Davis, Jeffrey Martin, Steven Payne, Jr., Gabriel Reyes, Kenneth Siegel, and Jerome Smith, the Court shall retain jurisdiction over the parties in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Defendants City of San Jose, San Jose Police Department, Chief Rob Davis, Jeffrey Martin, Steven Payne, Jr., Gabriel Reyes, Kenneth Siegel, and Jerome Smith are dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: July 27, 2011

~~United States District Court Judge~~
HOWARD R. LLOYD
United States Magistrate Judge

*Ho v. City of San Jose, et al.*
Stipulation for Dismissal Ho V. City of San Jose et al.; [Proposed] Order
Page | 3